BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700
Fax: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-00232-GGH |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING ARRAIGNMENT |
| v. | ) | |
| MARIA LUISA CUSTODIO ROMAN, | ) | DATE: July 9, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Gregory G. Hollows |

It is hereby ordered that the arraignment set for July 9, 2012 is VACATED. It is further ordered that an arraignment is set for September 24, 2012 at 9 a.m.

IT IS SO ORDERED.

Dated: July 5, 2012

                /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE