```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAMON WILLIAMS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   MARIA LUISA CUSTODIO ROMAN
8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S 12-232 GGH |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO VACATE TRIAL CONFIRMATION |
| | ) HEARING AND SET FOR CHANGE OF |
| MARIA LUISA CUSTODIO ROMAN, | ) PLEA |
| | ) |
| Defendant. | ) |
| | ) Date: November 5, 2012 |
| _____ | ) Time: 2:00 p.m. |
| | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Jeffery Spivak, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for MARIA LUISA CUSTODIO ROMAN, that the Court vacate the November 5, 2012 Trial Confirmation Hearing and set this case for a Change of Plea on November 5, 2012 at 2:00 p.m.

Dated: October 31, 2012

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          MARIA LUISA CUSTODIO ROMAN

Dated: October 31, 2012              BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/Jeffery Spivak
                                          JEFFERY SPIVAK
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.


Dated: <u>November 1</u>, 2012


                         /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-