# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

*Maria Luisa Custodio Roman*

CASE/CITATION NO. 2:12CR00232-GGH

**ORDER TO PAY**

**FILED**

NOV 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY _____ STATE _____ ZIP CODE _____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE X 11/5/2012        X *MLCRoman*
                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ _____ and a penalty assessment of $ _____ for a TOTAL AMOUNT OF: $ _____ within _____ days/months; or payments of $ **50.00** per month, commencing **12/15/2012** and due on the **15** of each month until paid in full.
(X) Restitution: **15,793.95**
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**
**PO BOX 70939**
**CHARLOTTE, NC 28272-0939**

**CLERK, USDC**
**2500 TULARE ST., RM. 1501**
**FRESNO, CA 93721-1322**

**CLERK, USDC**
**501 I STREET, STE. 4-200**
**SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11/5/2012        _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                 EDCA-3